Submitted on record and briefs April 26, affirmed June 13, 1978

JACKSON, *Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND,
*Respondent.*

(WCB 76-4050, SAIF PD 102431, CA 9814)

579 P2d 901

David W. Hittle, Rolf Olson, and Dye & Olson, Salem, filed the brief for petitioner.

K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem, and Brian L. Pocock, Associate Counsel, State Accident Insurance Fund, Eugene, filed the brief for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 241, 576 P2d 27 (1978).